IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY T. HICKS, | * |
| | * |
|     Plaintiff, | * |
| | * |
| vs. | * |
| | *   CIVIL ACTION NO. 21-00474-B |
| KILOLO KIJAKAZI, | * |
| Acting Commissioner of | * |
| Social Security, | * |
| | * |
|     Defendant. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff Timothy T. Hicks's Motion for Award of Attorney Fees under the Equal Access to Justice Act (Doc. 21) is hereby **GRANTED in part,** and that Plaintiff is hereby **AWARDED** attorney's fees under the Equal Access to Justice Act in the amount of **$1,058.91,** payable to Plaintiff.  No costs are taxed.

**DONE** and **ORDERED** this **16th** day of **August, 2022.**

                                                        **/s/ SONJA F. BIVINS**
                                      **UNITED STATES MAGISTRATE JUDGE**